UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| PHILLIP W. SMITH, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 4:17-cv-00940-RDP |
| ) | |
| COMMISSIONER, SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant ) | |

## MEMORANDUM OPINION

On June 14, 2018, the Magistrate Judge entered a report and recommendation and allowed the parties therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. After obtaining an extension of time, Plaintiff filed objections to the Magistrate Judge's report and recommendation on July 12, 2018.

After careful consideration of the record in this case, the Magistrate Judge's report and recommendation, and Plaintiff's objections thereto, the court hereby **ADOPTS** the report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that the decision of the Commissioner be affirmed.

The court will enter a separate order in conformity with this Memorandum Opinion.

**DONE** and **ORDERED** this July 16, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE